## 48549. STEPHENS v. ZAKAS.

BELL, Chief Judge. In this garnishment case the defendant dissolved the proceedings by filing a bond under Code § 46-401 and then counterclaimed. The trial court dismissed the garnishment and the plaintiff appeals from the order. The counterclaim is still pending. The judgment of dismissal contains no express determination that there is no just reason for delay nor an express direction for the entry of judgment under CPA § 54 (b) (Code Ann. § 81A-154 (b)) nor is there a certificate of immediate review. The appeal is premature. *Campbell v. George,* 129 Ga. App. 644.

*Appeal dismissed. Deen and Quillian, JJ., concur.*

ARGUED SEPTEMBER 11, 1973 — DECIDED OCTOBER 15, 1973.

Donald H. Stephens, *pro se.*
*Nick G. Lambros,* for appellee.